JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Alejandro Diaz,<br><br>    Plaintiff,<br><br>v.<br><br>Target Corporation, a Minnesota Corporation; and Does 1-10,<br><br>    Defendants. | Case:2:13-CV-07575-RSWL-AJW<br><br>**ORDER OF DISMISSAL** |

Having read the foregoing Stipulation and good cause appearing therefore, this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs. The court shall retain jurisdiction to enforce the terms of the settlement. All deadlines and dates are vacated. The clerk shall close this action.

Dated: 2/4/2014

RONALD S.W. LEW
HONORABLE RONALD S. W. LEW
SENIOR U.S. DISTRICT COURT JUDGE